UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00434-MOC-DSC

| | |
|---|---|
| **GEORGE ALEXANDER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **MEDICAL REVENUE SERVICES,** | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion to Dismiss. Review of the pleadings reveals that this action was amicably resolved between the parties, that the parties agreed that defendant would pay plaintiff a sum certain to resolve his claims, that plaintiff would sign a release of all claims, and that after receiving payment, plaintiff would sign a Rule 41 Stipulation of Dismissal. Defendant has shown to the satisfaction of this court that it has fully complied with all materials terms of that settlement agreement, that plaintiff has signed the release and negotiated the settlement check, but that plaintiff has failed to sign the stipulation of dismissal. Finding that plaintiff has failed to comply with the terms of the settlement without lawful excuse, the court will enforce the terms of that agreement by entering a dismissal of this action with prejudice

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss (#13) is **GRANTED**, and this action is **DISMISSED** with prejudice.

Signed: March 5, 2015

Max O. Cogburn Jr.
United States District Judge